ARMAND FRIED, ESQ.
Nevada Bar No. 10590
8668 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
Telephone (702) 835-1747
Facsimile (702) 220-7036
Armandfried@msn.com;
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARRY T. HOLMES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:13-cv-01517-JCM-CWH |
| AARGON AGENCY, INC., | ) STIPULATION EXTENDING TIME TO ANSWER |
| Defendants. | ) FIRST REQUEST |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys of record for all parties herein, that AARGON AGENCY, INC., time to answer the complaint is extended to and including September 11, 2015. This is a first request for any extension of time.

This request is made because counsel for Defendant AARGON AGENCY, INC., will be out of town for a period of time and this extension will allow investigation of the merits of the claim and, based upon that investigation, possible resolution.

Dated: August 18, 2015

/s/ ARMAND FRIED, ESQ.                    /s/ DAVID H. KREIGER, ESQ.
ARMAND FRIED, ESQ.                        DAVID H. KREIGER, ESQ.
Nevada Bar No. 10590                      Nevada Bar No. 9086
Attorney for Defendant                    Attorney for Plaintiff
8338 Spring Mountain Road, Suite 102      Haines & Krieger, LLC
Las Vegas, NV 89117                       8985 S. Eastern Avenue, Suite 130
(702) 853-1747                            Henderson, NV 89123
Armandfried@msn.com                       (702) 880-5554
                                          Dkreiger@hainesandkreiger.com

**ORDER**

IT IS SO ORDERED.

DATED: August 19, 2015

_____
United States Magistrate Judge