AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Barry T. Holmes

                Plaintiff,

V.

Aargon Agency Inc.

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01517-JCM-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered against Defendant in the amount of Three Thousand and One Dollars ($3,001.00) for all of Plaintiff's alleged damages in this action, inclusive of statutory damages and compensatory damages, plus an additional amount for Plaintiff's reasonable litigation expenses, reasonable costs of suit and reasonable attorney's fees, accrued to the date of the offer of judgment, either as agreed to by Defendant and Plaintiff, or, in the event Defendant and Plaintiff cannot agree, as determined by the Court on application by Plaintiff.

| October 22, 2015 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ M. Morrison |
| | (By) Deputy Clerk |